ELLERY COLBY et al., Respondents, *v.* THE TOWN OF MOUNT MORRIS, Appellant, and THE TOWN OF LEICESTER, Respondent.

*Colby* v. *Town of Mount Morris,* 114 App. Div. 915, affirmed.
(Argued January 21, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 17, 1906, affirming a judgment in favor of plaintiffs against defendant, appellant, entered upon a decision of the court on trial at Special Term in an action to recover an amount alleged to be due and unpaid upon a contract.

*J. M. Hastings* for appellant.

*Martin S. Lynch* and *O. B. Glezen,* for plaintiffs, respondents.

*Lockwood R. Doty,* for defendant, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.